UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 04-08490 JKC-13 |
| ANDREW JAY & DEBORAH JOANN YOUNG | |
| 2189 SPRINGTIME ROAD | SS#1: XXX-XX-0626 |
| GREENWOOD IN 46143 | SS#2  XXX-XX-3577 |

DEBTOR.

**TRUSTEE'S INTERIM REPORT AND
REQUEST FOR DEBTOR DISCHARGE**

This Case was                                                                 The Plan was
commenced on May 07, 2004                                    confirmed on Dec 14, 2006

**THIS CASE IS: PAID IN FULL AND ELIGIBLE FOR ORDER DISCHARGING DEBTOR**

   The records of the Trustee reflect that the debtor has completed all payments under the plan. Therefore, your Trustee makes his interim report, preliminary to the Final Account of the administration of the estate with the Court and the United States Trustee, for the purpose of asking the Court to grant the debtor a discharge of all debts provided for by the plan or disallowed under the § 502, except for any debt not subject to discharge pursuant to the provision of § 1328.

   Your Trustee will make his Final Account once he has verified that all trust checks have cleared his depository bank and, if not, will stop payment of checks remaining unpaid ninety (90) days after distribution, file a list of all such items with the Court and turnover all unclaimed funds to the clerk in order to fully conclude administration of debtor's estate.

   WHEREFORE, your Trustee prays that the Court approve his Interim Report and grant the debtor an appropriate order of discharge herein.


Date:Jul 02, 2009                                                  Respectfully Submitted

                                                                                 /s/ Robert A. Brothers
                                                                                Chapter 13 Trustee

                                                                                151 North Delaware Street
                                                                                Suite #1400
                                                                                Indianapolis,IN 46204
Distribution To:                                                   (317) 636-1062

ANDREW JAY & DEBORAH JOANN YOUNG           REDMAN LUDWIG PC
2189 SPRINGTIME ROAD                                    151 N DELAWARE ST STE 1106
GREENWOOD IN 46143                                       INDIANAPOLIS IN 46204


U.S.Trustee; Chapter 13 Trustee (Brothers)